# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>GEORGE PAUL BISHOP<br>*Defendant(s)* | )<br>)<br>) Case No. 1-25-MJ-338<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of June 2016 to January 2025 in the city/county of Fairfax in the Eastern District of Virginia, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 2250 | Failed to update his registration address or register as required under SORNA after traveling from Virginia to reside in another state. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.
Reviewed by AUSA/SAUSA

SAUSA Rebecca Fisher / AUSA April Russo
*Printed name and title*

*Complainant's signature* — *Jesse Miller*

Jesse J. Miller; Deputy United States Marshal; USMS
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone *(specify reliable electronic means)*.

Date: May 30, 2025

*Judge's signature* — *William Fitzpatrick*

City and state: Alexandria, Virginia

Honorable William E. Fitzpatrick; Magistrate Judge
*Printed name and title*