IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GEORGE PAUL BISHOP,<br><br>Defendant. | Case No. 1:25-MJ-338 |

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Jesse J. Miller, being duly sworn, depose and state as follows:

**I. INTRODUCTION**

1.  Affiant is a Deputy United States Marshal Chief Inspector with the United States Marshals Service (USMS). Affiant is assigned to the Springfield, VA office in the Eastern District of Virginia, located at 8720 Morrisette Dr., Springfield, VA. Affiant has served with the United States Marshals Service since April 17, 2008, and successfully completed the Criminal Investigator Training Program and the United States Marshals Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia. Prior to serving as a Deputy United States Marshal, Affiant served as an Immigration Enforcement Agent in Fairfax, VA. Affiant has investigated numerous failures to register cases as well as criminal sexual conduct cases under District of Columbia law. Furthermore, as a Deputy United States Marshal, Affiant is authorized to investigate criminal violations relating to the Adam Walsh Act, including violations pertaining to failure to register as a sex offender, in violation of Title 18, United States Code, Section 2250.

1

Affiant is a law enforcement officer with the authority to execute warrants issued under the authority of the United States.

2.  This affidavit is submitted in support of an application for a criminal complaint and arrest warrant for GEORGE PAUL BISHOP for failing to register as a sex offender, in violation of 18 U.S.C. § 2250(a). Affiant has probable cause to believe that BISHOP traveled in interstate commerce from the Eastern District of Virginia to North Carolina, Georgia, and California, and that, despite being required to register and update his registration under the Sex Offender Registration and Notification Act (SORNA) due to a prior qualifying sex offense conviction, he failed to do so.

3.  The statements contained in this Affidavit are based on my investigation, my experience and background as a Deputy United States Marshal, and on information provided by other deputies of the USMS and other law enforcement officers. I have not set forth every fact resulting from the investigation; rather, I have set forth a summary of the investigation to date to establish probable cause that GEORGE BISHOP traveled in interstate commerce and thereafter knowingly failed to update his registration and/or register as a sex offender, in violation of 18 U.S.C. § 2250.

## II. AFFIANT'S INVESTIGATION

4.  On June 27, 2005, BISHOP was convicted of two counts of Manufacturing Child Pornography and one count of Possession of Child Pornography in Fairfax County, Virginia. As a result of these convictions, BISHOP is a Tier III sex offender in the state of Virginia and is required to register for life and to update his registration every 90 days. BISHOP's conviction also is a qualifying sex offense that requires him to register under the Sex Offender Registration and Notification Act (SORNA). BISHOP was notified of his requirement to register as a sex offender in the sentencing judgment for his two counts of conviction of Manufacturing Child Pornography,

and, on or about August 19, 2005, BISHOP completed his initial registration with the Virginia Sex Offender Registry.

5. Thereafter, BISHOP verified/updated his registration numerous times through March of 2016. The forms he filled out when he registered notified him of the requirement to register every 90 days, and BISHOP was also specifically warned of the requirement to update his registration within three days of any change of address. For example, on or about March 17, 2008, BISHOP filled out a form updating his address and acknowledging that he was a violent sex offender by initialing that box on the form. Thereafter, BISHOP signed a form dated May 24, 2008, advising him: "If I am classified as a violent sex offender [] I am required to re-register every 90 days for life." He was then sent a letter via certified mail dated June 4, 2008, in which he was informed that "any person required to register shall also be required to re-register within three days following any changes to [] address and employment."

6. Beginning in June of 2016, BISHOP failed to register as required. BISHOP's last registration from March of 2016 listed an Annandale address, which is within the Eastern District of Virginia. BISHOP did not update this address as required. As a result of his failure to comply with his sex offender registration duties, two warrants from the Circuit Court of Fairfax County for violation of probation and failure to register as a sex offender were issued on April 15, 2016, and May 9, 2016, respectively.

7. BISHOP has been a fugitive since April of 2016. In July 2024, your Affiant was assigned to BISHOP's case to assist in locating him. At that time, your Affiant requested the assistance of the National Sex Offender Targeting Center (NSOTC). During the course of the investigation, the NSOTC learned that BISHOP was using the pseudonym Brody Levesque and was living in Capitola, CA.

8. On or about January 29, 2025, federal agents, with the assistance of the Capitola Police Department, went to the residence in Capitola, CA to attempt to make contact with Brody Levesque.

9. Ultimately, Levesque came out of the house. Officers spoke to Levesque and determined that he was, in fact, GEORGE PAUL BISHOP. Officers apprehended BISHOP pursuant to the two outstanding warrants from Fairfax County.

10. BISHOP waived his *Miranda* rights, and agreed to an interview. During the interview, BISHOP admitted to his true name and date of birth and to knowing that he was required to register as a sex offender. He acknowledged that he left Virginia in 2016 and went to live in North Carolina, Georgia, and then, in 2019, California. The interview was audio and video recorded.

11. At various points throughout the investigation, your Affiant queried both the Virginia state sex offender registry and the National Sex Offender Registry. In January of 2025, your Affiant did so again and confirmed that BISHOP was not registered with the Commonwealth of Virginia or any other jurisdiction.

### III. CONCLUSION

12. BISHOP traveled in interstate commerce when he left the Commonwealth of Virginia and entered the states of North Carolina, Georgia, and California. BISHOP is a convicted sex offender as defined by the Sex Offender Registration and Notification Act (18 U.S.C. § 2250). In addition, BISHOP has been repeatedly notified of and has acknowledged his duties and responsibilities to register as a sex offender under the Sex Offender Registration and Notification Act.

13. Based on the foregoing, there is probable cause to believe that in or around June of 2016 and continuing through January of 2025, GEORGE PAUL BISHOP has violated Title 18, United States Code, Section 2250, and specifically that he failed to update his registration address or

register as required under SORNA after traveling from the Eastern District of Virginia to reside in another state.

Respectfully submitted,

*Jesse Miller*
Jesse J. Miller
Deputy United States Marshal

Respectfully submitted and attested to in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on May 30, 2025.

*William Fitzpatrick*
The Honorable Judge William E. Fitzpatrick
United States Magistrate Judge
Alexandria, Virginia